IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAVANNA SPENCER, | : | CIVIL ACTION NO. **3:CV-12-616** |
| Plaintiff | : | |
| v. | : | (Judge Kosik) |
| JOHN E. WETZEL, et al., | : | (Magistrate Judge Blewitt) |
| Defendants | : | |

**FILED SCRANTON**
JUL 17 2012
PER _____ DEPUTY CLERK

<u>ORDER</u>

AND NOW, this 18th day of **July, 2012**, upon consideration of Defendants' Motion to Stay Discovery (Doc. 16), for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion to Stay Discovery **(Doc. 16) is GRANTED.**

THOMAS M. BLEWITT
**United States Magistrate Judge**

Dated: July 18, 2012