**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RAVANNA SPENCER, | : | |
| | : | |
| Plaintiff | : | |
| | : | **3:12-CV-00616** |
| | : | |
| | : | (Judge Kosik) |
| | : | (Magistrate Judge Mehalchick) |
| v. | : | |
| | : | |
| ROBERT COLLINS, et al. | : | |
| | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 12th day of September, 2013, it is hereby ORDERED as follows:

1. Plaintiff's Motion to Compel (Doc. 43) is **DENIED**.

2. Plaintiff's Motion for Sanctions (Doc. 47) is **DENIED**.

BY THE COURT:

*s/ Karoline Mehalchick*
KAROLINE MEHALCHICK
United States Magistrate Judge